# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

In re
Roland D Sheperd,                                        Case No. 10-10126

_____ Debtor(s). /

## Order To File
## Required Documents and Notice Regarding Automatic Dismissal

The debtor(s) named above failed to file the documents listed below.

- ■ Summary of Schedules (*Official Form 6*)
- ■ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. §159) (*Official Form 6*)
- ■ Schedule A - Real Property (*Official Form B6A*)
- ■ Schedule B - Personal Property (*Official Form B6B*)
- ■ Schedule C - Property Claimed as Exempt (*Official Form B6C*)
- ■ Schedule D - Creditors Holding Secured Claims (*Official Form 6D*)
- ■ Schedule E - Creditors Holding Unsecured Priority Claims (*Official Form 6E*)
- ■ Schedule F - Creditors Holding Unsecured Nonpriority Claims (*Official Form 6F*)
- ■ Schedule G - Executory Contracts and Unexpired Leases (*Official Form B6G*)
- ■ Schedule H - Codebtors (*Official Form B6H*)
- ■ Schedule I - Current Income of Individual Debtor(s) (*Official Form 6I*)
- ■ Schedule J - Current Expenditures of Individual Debtor(s) (*Official Form 6J*)
- ■ Declaration Concerning Debtor's Schedules (*Official Form 6*)
- ■ Statement of Financial Affairs (*Official Form 7*)
- ☐ Statement of Current Monthly Income and Means Test Calculation - Chapter 7 (*Form B22*)
- ☐ Statement of Current Monthly Income - Chapter 11 (*Form B22B*)
- ■ Statement of Current Monthly Income and Calculation of Commitment Period and Disposal Income - Chapter 13 (B22C)
- ■ Payment Advices
- ■ Chapter 13 Plan
- ■ Certification Regarding Debtor(s) Notification Required by 11 U.S.C. §342(b) - Individual Consumer Debtor (*Director's Form B201*)
- ■ Notice to Debtor by Non-Attorney Bankruptcy Petition Preparer (*Form 19B*)
- ☐ A certificate that Credit Counseling as required by U.S.C. §109(h) was completed prior to the filing of the petition
- ■ Exhibit D

NOTICE IS GIVEN that unless the document(s) listed above are filed within 14 days of the filing date of the petition, or such further time as the court may grant, the court MAY DISMISS this case. If you desire a hearing, you must file a request for hearing with proper service, within 7 days of the date of this Order.

Date:   January 25, 2010                         Alan Jaroslovsky
                                                 Bankruptcy Court Judge