# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Roland D Sheperd,

        Debtor(s).

Case No.: 10-10126
Chapter: 7

## ORDER OF DISMISSAL

The debtor having been notified on the record in open court that the above captioned case would be dismissed if the filing fee installments were not paid on time or if schedules were not timely filed, and having failed to:

☒ Pay the balance of the filing fees in a timely manner and/or,

☐ File the schedules in a timely manner,

**IT IS ORDERED** that this case is dismissed.

Dated: March 23, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

# CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at Santa Rosa, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Santa Rosa, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

Dated: March 23, 2010                     By : _____Katie Andersen_____
                                                Katie Andersen
                                                Deputy Clerk

Roland D Sheperd
8201 Woodland Hills Drive
Cotati, CA 94931